6 A.3d 501

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Brenda DEBOOTH–SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 19, 2010.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of October, 2010, the Petition for Allowance of Appeal is DENIED and the Petition to Withdraw is DISMISSED as moot.